1 | Deborah J. Broyles, CA Bar No. 167681
Seth L. Neulight, CA Bar No. 184440
2 | THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
3 | San Francisco, California 94105-3601
Telephone:  (415) 371-1200
4 | Facsimile:  (415) 371-1211

5 | Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

6

7                         UNITED STATES DISTRICT COURT

8                         NORTHERN DISTRICT OF CALIFORNIA

9

JEFFREY SEARCY,                          Case No.:  C 05 3941 EMC

                Plaintiff,               **STIPULATION AND [PROPOSED]
                                         ORDER RE: DISMISSAL OF ACTION
        vs.                              WITH PREJUDICE**

KAISER FOUNDATION HOSPITALS, THE
PERMANENTE MEDICAL GROUP, INC.
and DOES 1 THROUGH 50, inclusive

                Defendants.

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the remaining parties to the above-entitled action, Plaintiff Jeffrey Searcy and Defendant Kaiser Foundation Hospitals, by and through their respective attorneys of record, hereby stipulate and agree that the above-entitled action shall be, and hereby is, DISMISSED WITH PREJUDICE.  Each of the parties shall bear his or its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: January 24, 2006

MOORE AND MOORE

By:    /s/ Fania E. Davis
Fania E. Davis
Attorneys for Plaintiff
JEFFREY SEARCY

Dated: January 24, 2006

THELEN REID & PRIEST LLP

By:    /s/ Seth L. Neulight
Seth L. Neulight
Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

[PROPOSED] ORDER

Pursuant to the parties' stipulation, this action is hereby DISMISSED WITH PREJUDICE in its entirety.  Each party shall bear his or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: January 26, 2006

MAGISTRATE JUDGE EDWARD M. CHEN

*IT IS SO ORDERED — Judge Edward M. Chen, United States District Court, Northern District of California (seal)*